UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|     BRIDGET ALLEN | ) | Case No. 05-15877-SSM |
| | ) | Chapter 13 |
|                     Debtor | ) | |
| | ) | |
| BRIDGET ALLEN | ) | |
| | ) | |
|                     Plaintiff | ) | |
| | ) | |
| vs. | ) | Adversary Proceeding No. 10-1501 |
| | ) | |
| KEVAN KERNAN, *et al.* | ) | |
| | ) | |
|                 Defendants | ) | |

**ORDER COMPELLING DISCOVERY
AND EXTENDING DISCOVERY DEADLINE**

A hearing was held on April 12, 2011, on the motion of defendant Park Place Condominium Association to compel discovery responses from the plaintiff and to extend the fact discovery deadline. The defendant was present by counsel. The plaintiff was present in person and represented herself.

Upon consideration of the pleadings, argument of the parties, and the entire record in this adversary proceeding, it is

**ORDERED:**

1. The motion to compel discovery is granted, and the plaintiff shall provide full and complete responses to all outstanding discovery requests not later than <u>4:00 p.m. on Friday, April 15, 2011</u>.

      2. The discovery cutoff date is extended for the defendant only to May 2, 2011, for the purpose, if the defendant is so advised, of deposing the plaintiff and any fact witnesses identified in the discovery responses (subject to the limitation on non-party depositions in the scheduling order entered in this action).

      3. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: _____        _____
                                                    Stephen S. Mitchell
Alexandria, Virginia                              United States Bankruptcy Judge

Copies to:

Bridget Allen
2500 N. Van Dorn St., #621
Alexandria, VA 22302
Plaintiff pro se

Christopher Jones, Esquire
Whiteford Taylor & Preston, LLP
3190 Fairview Park Drive, Suite 300
Falls Church, VA 22042
Counsel for defendants